UNITED STATES of America, Plaintiff—Appellee,

v.

John Wesley REED, III, Defendant— Appellant.

No. 11–6618.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

John Wesley Reed, III, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Wesley Reed, III, appeals the district court's order denying Reed's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Reed,* No. 1:98–cr–00285–JAB–1

(M.D.N.C. Apr. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*